IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACERRA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEHIGH COUNTY, ET AL | : | NO. 07-770 |
| | : | |
| | : | |

ORDER

FILED
NOV 10 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**LINDA K CARACAPPA**
**UNITED STATES MAGISTRATE JUDGE**

AND NOW, this 10th day of November, 2011, upon consideration the "First Motion to Enforce Judgment filed by Phyllis A. Acerra" [Document No. 28], and the responses thereto [Documents Nos. 29, 30, 31, and 32], **IT IS ORDERED** that:

1. The motion is **DENIED**.

2. The case to remain closed and terminated pursuant to the court's previous order of 8/14/2008.

BY THE COURT:

/s/ Linda K. Caracappa
LINDA K. CARACAPPA